No. 92–7097. ROCHA-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7098. LEE v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–7100. RAMAGE ET AL. v. CLINTON STATE BANK. C. A. 8th Cir. Certiorari denied.

No. 92–7101. OLIVER v. LAMBDIN, SUPERINTENDENT, GLADES CORRECTIONAL INSTITUTION. C. A. 11th Cir. Certiorari denied.

No. 92–7102. ALSWORTH v. TERRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–7103. JOHNSON v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 92–7105. ESPINOZA-BARRAGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7106. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7107. HADLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7108. HARRIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–7109. KIDD v. JOHNSON. C. A. 11th Cir. Certiorari denied.

No. 92–7110. CABRET v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7111. BRYANT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7112. ZIEGLER v. KAISER, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7113. MCCRAY v. MARYLAND. Ct. App. Md. Certiorari denied.